JS - 6

**FILED: 2/25/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Rabbia A. Sukkarieh*,<br>　　　　Plaintiff,<br>　　v.<br>*Rebecca J. Greear, et al.*,<br>　　　　Defendants. | CASE NO. CV 13-4727-GHK (SHx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's February 25, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's FDCPA claim against Defendants is **DISMISSED with prejudice**. Plaintiff's declaratory relief; cancellation of instruments; tortious violation of Cal. Penal Code §§ 470(B) & (D); and notary fraud claims are **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

　　**IT IS SO ORDERED**.


DATED: February 25, 2014

_____
GEORGE H. KING
Chief United States District Judge